# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOAN O'HAVER,

Appellant,

v.

SARASOTA HOUSING AUTHORITY,

Appellee.

No. 2D2025-0113

———————————————

October 24, 2025

Appeal from the County Court for Sarasota County; Kennedy B. Legler, Judge.

Joan O'Haver, pro se.

Hunter G. Norton of Shumaker, Loop & Kendrick, LLP, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.